IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6485 |
| v. | ) ) | Judge Shadur |
| CLARKE'S RESTAURANT, INC., | ) ) ) | Magistrate Keys |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Remell Flakes, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on January 4, 2008, I electronically filed the attached *Executed Waiver of Service of Summons on Behalf of Clarke's Restaurant, Inc.*, with the Clerk of the Court using the CM/ECF system.

/s/ Remell Flakes