IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 06485 |
| | ) | Judge Shadur |
| v. | ) ) | |
| CLARKE'S RESTAURANT, INC., | ) ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

**NOTICE OF FILING**

To:   Lance A. Raphael, Esq.                           Paul F. Markoff, Esq.
      Allison A. Krumhorn, Esq.                        Markoff Law Firm, LLC
      Stacy M. Bardo, Esq.                             180 West Washington St., Suite 700
      The Consumer Advocacy Center, P.C.               Chicago, IL 60602
      180 West Washington St., Suite 700
      Chicago, IL 60602

PLEASE TAKE NOTICE THAT, on the 26th day of March 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Appearance of Defendant, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**CLARKE'S RESTAURANT, INC.,
DEFENDANT**

/s/ KENNETH A. HENRY, ESQ.
   Attorney for Defendant

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

-1-

## CERTIFICATE OF SERVICE

      KENNETH A. HENRY, an attorney, on oath states that, on March 26, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and APPEARANCE OF DEFENDANT, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

| | |
|---|---|
| Lance A. Raphael, Esq. | Paul F. Markoff, Esq. |
| Allison A. Krumhorn, Esq. | Markoff Law Firm, LLC |
| Stacy M. Bardo, Esq. | 180 West Washington St., Suite 700 |
| The Consumer Advocacy Center, P.C. | Chicago, IL 60602 |
| 180 West Washington St., Suite 700 | |
| Chicago, IL 60602 | |

                                                         /s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel:  312.857.0100/Fax:  312.857.1157
khenry@kahlaw.com