## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DREXLER, individually and on behalf of all others similarly situated,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07 C 06485** |
| | ) | **Judge Shadur** |
| **v.** | ) | |
| | ) | |
| **CLARKE'S RESTAURANT, INC.,** | ) | **CLASS ACTION** |
| | ) | |
| **Defendant.** | ) | **JURY DEMANDED** |

### NOTICE OF FILING

To:    Lance A. Raphael, Esq.              Paul F. Markoff, Esq.
       Allison A. Krumhorn, Esq.           Markoff Law Firm, LLC
       Stacy M. Bardo, Esq.                180 West Washington St., Suite 700
       The Consumer Advocacy Center, P.C.  Chicago, IL 60602
       180 West Washington St., Suite 700
       Chicago, IL 60602

PLEASE TAKE NOTICE THAT, on the 3rd day of May 2008, there was filed with the

Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

Defendant's Answer, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**CLARKE'S RESTAURANT, INC.,
DEFENDANT**

/s/ KENNETH A. HENRY, ESQ.
     Attorney for Defendant

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

## CERTIFICATE OF SERVICE

        KENNETH A. HENRY, an attorney, on oath states that, on May 3, 2008 he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and DEFENDANT'S ANSWER, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

Lance A. Raphael, Esq.                     Paul F. Markoff, Esq.
Allison A. Krumhorn, Esq.                  Markoff Law Firm, LLC
Stacy M. Bardo, Esq.                       180 West Washington St., Suite 700
The Consumer Advocacy Center, P.C.         Chicago, IL 60602
180 West Washington St., Suite 700
Chicago, IL 60602

                                        /s/ KENNETH A. HENRY, ESQ.


KENNETH A. HENRY, ESQ. (ARDC # 01193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel:  312.857.0100/Fax:  312.857.1157
khenry@kahlaw.com