**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DREXLER, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6485 |
| v. | ) ) | Judge Shadur |
| CLARKE'S RESTAURANT, INC., | ) ) | Magistrate Keys |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Kenneth A. Henry
      1 N. LaSalle St., Ste. 200
      Chicago, IL 60602

Please take notice that on July 3, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the enclosed *Confidentiality Stipulation*.

                                        JOHN DREXLER, Plaintiff,

                                  By:        s/ Paul F. Markoff
                                        One Of His Attorneys

Dated: July 3, 2008

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.782.5808

Paul F. Markoff
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162

## **CERTIFICATE OF SERVICE**

     I certify that I served a copy of this *Notice of Filing* and *Confidentiality Stipulation* on Kenneth A. Henry, 1 N. LaSalle St., Ste. 200, Chicago, IL 60602 electronically by using the CM/ECF system on this 3rd day of July, 2008.

                                                                                 s/ Paul F. Markoff
                                                                                  Paul F. Markoff