# Paul Markoff

| | |
|---|---|
| **From:** | Paul Markoff [info@markofflawfirm.com] |
| **Sent:** | Thursday, June 19, 2008 3:23 PM |
| **To:** | 'khenry@kahlaw.com' |
| **Cc:** | 'Lance Raphael'; 'Stacy Bardo'; 'Allison Krumhorn' |
| **Subject:** | Drexler v. Clarke's |
| **Attachments:** | Paul F  Markoff IV.vcf |

Ken, in what has been a pattern in this case, I thought I would hear something from you by now.  When we were in court on the 11th, you said you would be meeting with your client on the 12th.  We have heard nothing from that meeting, and we have received no discovery responses.  Notwithstanding the judge apparently buying into your comments about focusing resources on settlement rather than discovery, I am at a point where I don't buy it as much as the judge does.  Therefore, I am yet again asking when we will have discovery responses and documents, which we were supposed to have months ago and which you represented to the court we would have more than a month ago.  If we do not get the responses within the next week, we will file a motion to compel.


Paul F. Markoff



Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. ss 2510-2521.

If you are not the intended recipient, do not read, distribute or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

                                                                                            EXHIBIT B


**Tracking:**

| Recipient | Read |
|---|---|
| 'khenry@kahlaw.com' | |
| 'Lance Raphael' | Read: 6/19/2008 6:41 PM |
| 'Stacy Bardo' | |
| 'Allison Krumhorn' | |