# Paul Markoff

| | |
|---|---|
| **From:** | Lance Raphael [lance@caclawyers.com] |
| **Sent:** | Friday, June 27, 2008 1:18 PM |
| **To:** | khenry@kahlaw.com |
| **Cc:** | paul@markofflawfirm.com |
| **Subject:** | Drexler v. Clarke's Restaurant, Inc.-----Rule 37.2 |

Kenneth A Henry
Kenneth A. Henry, Attorney at Law
One North LaSalle Street
Suite 2200
Chicago IL 60602-3912

Mr. Henry:

I was told by your secretary nick, that you had just stepped out when I called.

I asked him to convey to you that we are still looking for your overdue: 1) settlement offer – like the boy who cried wolf, over and over you have told us you were going to make one from the onset of the case, 2) the overdue discovery – again you have promised and promised and it is not here, 3) and the signed confidentiality agreement – again you have had it for months and keep promising to return it, unless there is a physical impairment to signing it please send it to us.

As we have not had ANY meaningful movement from you we will be filing a motion to compel if we do not get the outstanding discovery. Call me if you plan on complying with a production by Monday.

```
Lance A. Raphael
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602-2318
Phone: 312-782-5808
Fax: 312-377-9930
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-
mail messages attached to it may contain confidential information that is legally
privileged. If you are not the intended recipient, or a person responsible for delivering
it to the intended recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to this
transmission is STRICTLY PROHIBITED. If you have received this transmission in error,
please immediately notify me by reply e-mail, by forwarding this to lance@caclawyers.com
or by telephone at 312-782-5808 and destroy the original transmission and its attachments
without reading or saving in any manner. The CAC is a private law firm. It is not, and is
not affiliated with, any not-for-profit, governmental or public interest organization.

"It's the action, not the fruit of the action that's important. You have to do the right
thing. It may not be in your power, may not be in your time, that there'll be any fruit.
That does not mean you stop doing the right thing. You may never know what results come
from your action. But if you do nothing,there will be no results." ~Mahatma Gandhi
```

```
                                                                      EXHIBIT C
```