# Paul Markoff

| | |
|---|---|
| **From:** | Paul Markoff [paul@markofflawfirm.com] |
| **Sent:** | Wednesday, July 09, 2008 5:15 PM |
| **To:** | 'khenry@kahlaw.com' |
| **Cc:** | 'lance@caclawyers.com'; 'Stacy@caclawyers.com'; 'allison@caclawyers.com' |
| **Subject:** | Drexler v. Clarke's |
| **Attachments:** | Paul F  Markoff IV.vcf |

I believe your quote was "Tuesday, Wednesday the latest" when I asked when I'd hear from you after meeting with your clients Monday or Tuesday of this week.  It's about 5:15 Wednesday, and I haven't heard from you.  I'll be putting the motion to compel together tomorrow.

Paul F. Markoff



Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. ss 2510-2521.

If you are not the intended recipient, do not read, distribute or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

```
                                                                    EXHIBIT D
```

**Tracking:**

| Recipient | Read |
|---|---|
| 'khenry@kahlaw.com' | |
| 'lance@caclawyers.com' | |
| 'Stacy@caclawyers.com' | Read: 7/9/2008 6:13 PM |
| 'allison@caclawyers.com' | |