

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6485 | **DATE** | 7/10/2008 |
| **CASE TITLE** | John Drexler, et al vs. Clarke's Restaurant, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Confidentiality Stipulation. Within 63 days of this case being closed in the District Court, the Parties may move for the return of previously-sealed of previously-restricted documents. If no party moves for such return, such documents will become part of the public case file.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. District Court CLERK 2008 JUL 10 AM 11:10 FILED | Courtroom Deputy Initials: | SN |
|---|---|---|---|