**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

John Drexler
                        Plaintiff,

v.                                                 Case No.: 1:07–cv–06485
                                                           Honorable Milton I. Shadur

Clarke's Restaurant , INC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

     MINUTE entry before the Honorable Milton I. Shadur:Motion to compel [20] is entered and continued. Motion hearing held on 7/17/2008 regarding motion to compel[20] Defendant's response is due on or before July 28, 2008. Status hearing set for 8/7/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.