IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6485 |
| v. | ) ) | Judge Shadur |
| CLARKE'S RESTAURANT, INC., | ) ) | Magistrate Keys |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS**

John Drexler ("Plaintiff"), by his attorneys, The Consumer Advocacy Center, P.C. and Markoff Law Firm, LLC, and pursuant to Fed. R. Civ. P. 37(b)(2)(A), moves this Court to sanction Defendant Clarke's Restaurant, Inc. ("Defendant") and/or its counsel, Kenneth A. Henry, for failure to abide by this Court's July 17, 2008 Order compelling discovery responses by July 28, 2008.  See Document 24 in the case docket.  In support of this motion, Plaintiff states as follows:

1.      On July 11, 2008, following several promises and delays from Defendant's counsel and counsel's representation to this Court that Defendant would respond by July 28, 2008, this Court ordered Defendant to answer Plaintiff's discovery requests (issued March 6, 2008) by July 28, 2008.  See Document 24; see also Plaintiff's Motion to Compel (Document 20), which is incorporated herein by reference.

2.      On July 11, 2008, this Court inquired of Plaintiff's counsel whether Plaintiff sought attorneys' fees for having to bring his Motion to Compel, at which time Plaintiff's

counsel responded that he would wait and see if Defendant answered Plaintiff's discovery requests.

3.  Given that Defendant has not answered Plaintiff's discovery requests timely, pursuant to Fed. R. Civ. P. 37(a)(5)(A) and 37(b)(2)(C), Plaintiff now requests that this Court order Defendant and/or its counsel to pay Plaintiff's reasonable attorneys' fees incurred in attempting to compel Defendant's discovery responses.

4.  Additionally, pursuant to Fed. R. Civ. P. 37(b)(2)(A), Plaintiff requests that this Court sanction Defendant as follows:

   a.  Certify Plaintiff's proposed Class, as defined in paragraph 15 of Plaintiff's Class Action Complaint;

   b.  Prohibiting Defendant from opposing Plaintiff's claim in Count I of Plaintiff's Class Action Complaint or supporting any defenses;

   c.  Directing that all of Plaintiff's Requests for Admissions of Fact be deemed admitted;[1]

   d.  Following certification of Plaintiff's proposed Class, render a default judgment in favor of Plaintiff and the Class and against Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court sanction Defendant and/or its counsel as set forth above and grant such other relief as this Court deems proper.

JOHN DREXLER, Plaintiff,

By:      s/ Paul F. Markoff
    Paul F. Markoff, One Of His Attorneys

Dated: July 29, 2008

---

[1] Defendant responded to Plaintiff's Requests for Admissions of Fact, but because Defendant has failed to answer Plaintiff's other discovery requests, Plaintiff has been unable to obtain additional information to assess the veracity of Defendant's responses to Plaintiff's Requests for Admissions of Fact.

2

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.782.5808


Paul F. Markoff
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162