IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6485 |
| v. | ) ) | Judge Shadur |
| CLARKE'S RESTAURANT, INC., | ) ) | Magistrate Keys |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on August 7, 2008 at 9:15 a.m., Plaintiff's counsel will appear before the Honorable Milton I. Shadur, presiding in Courtroom 2303 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present the enclosed *Plaintiff's Motion for Sanctions*.

JOHN DREXLER, Plaintiff,

By:   s/ Paul F. Markoff
Paul F. Markoff, One of his attorneys

Dated: July 29, 2008

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
312.782.5808

Paul F. Markoff
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162

## **CERTIFICATE OF SERVICE**

I, Paul F. Markoff, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file and serve this *Notice of Motion* and the accompanying *Plaintiff's Motion for Sanctions* on July 29, 2008, to the following:

> Kenneth A. Henry
> 1 N. LaSalle St., Ste. 2200
> Chicago, IL 60602

> /s/ Paul F. Markoff