**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

John Drexler
                         Plaintiff,

v.                                           Case No.: 1:07–cv–06485
                                                   Honorable Milton I. Shadur

Clarke's Restaurant , INC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Plaintiff's Motion for sanctions [25] is entered and continued. Defendant's response is due August 14, 2008. Status hearing held on 8/7/2008. Status hearing set for 8/21/2008 at 09:15 AM. The subpoenas against Citizens Financial and RBS Lynk are hereby stayed.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.