IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 07 C 6485 JUDGE SHADUR |
| v. | ) ) | |
| CLARKE'S RESTAURANT, INC., | ) ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

## AFFIDAVIT OF JEFFREY M. BOHLIN, SR.

Jeffrey M. Bohlin, Sr., being first duly sworn upon oath, deposes and states as follows:

1. That he is currently the Product Manager, Product Management-Small Business/POS Terminals, for RBS Lynk.

2. On or about February 2006, Clarke's Restaurant, Inc. ("Clarke's") contracted with RBS Lynk Incorporated ("RBS Lynk") to perform Clarke's credit card processing at its location at 2441 Lincoln Avenue, Chicago, Illinois 60614. At that time, Clarke's had one Point Of Sale ("POS") Terminal, a Hypercom T7Plus, ID Number LK470286, in service at that location.

3. On or about February 22, 2006, Terminal Software Version T256K_02N, terminal software that was and is in compliance with the federal FACTA law, was installed on LK470286. With this software, the POS Terminal prints two (2) copies of the receipt for every transaction, the "CUSTOMER COPY" and the "MERCHANT COPY."

4. This software made it impossible to print anything other than the last four digits of a credit, debit or EBT account and made it impossible to print the expiration date of a credit, debit or EBT account, on the customer copy of the receipt. It further prints the words "CUSTOMER COPY" on the receipt below the signature line.

5. The merchant copy differs from the customer copy in that it contains the entire credit, debit or EBT account number as well as the expiration date on the receipt. It also contains the following language, which is unique to the merchant copy, below the signature line: "I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT

1

AGREEMENT IF CREDIT VOUCHER)." Lastly, it prints the words "MERCHANT COPY" on the receipt below the above language.

6. I have attached to this Affidavit samples of the receipts that would print for a single transaction from the terminal in question. Although these receipts were printed recently, they have printed in the same way since the installation of the software in February 2006.

7. Clarke's second POS Terminal, a Hypercom T7Plus, ID Number 554982, was placed into service at this location on or about March 2007. The newer POS Terminal has the same software and prints receipts in the same manner as the first POS Terminal in question, and is in compliance with all applicable laws.

8. I have viewed the copy of the receipt that forms the basis of the above-captioned lawsuit. Despite the absence of the language "MERCHANT COPY" from that copy, the language below the signature line reveals that the receipt in question is the "Merchant Copy", not the "Customer Copy".

9. If called to testify in this matter, I would testify in accordance with this Affidavit.

Further, affiant sayeth naught

_____
Jeffrey M. Bohlin, Sr.

SIGNED AND SWORN TO
BEFORE ME THIS 30th
DAY OF July        2008.

_____
Notary Public

Kenneth A. Henry, Esq. (ARDC # 01193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

AUDREY LOPEZ-BUTLER
Notary Public, Fulton County, Georgia
My Commission Expires September 27, 2009

```
         CLARKES RESTAURANT
          2441 LINCOLN AVE
          CHICAGO, IL 60614

 TERMINAL I.D.:              LK470286
 MERCHANT #  :            000002530040

 VISA                         SRV: 1
 4446661234567092              12/08
 SALE
 BATCH: 000001    INV: 374518
 DATE: JUL 24, 08       TIME: 15:51
 RRN: 820620002135 AUTH:002135
 AVS RESPONSE: 0

 BASE                        $0.10


 TIP          $_____


 TOTAL        $_____
 RBS LYNK TEST CARD

 X_____
   I AGREE TO PAY ABOVE TOTAL AMOUNT
      ACCORDING TO CARD ISSUER AGREEMENT
   (MERCHANT AGREEMENT IF CREDIT VOUCHER)
              THANK YOU

              MERCHANT COPY
```

```
         CLARKES RESTAURANT
          2441 LINCOLN AVE
          CHICAGO, IL 60614

 TERMINAL I.D.:              LK470286
 MERCHANT #  :            000002530040

 VISA                         SRV: 1
 ************7092
 SALE
 BATCH: 000001    INV: 374518
 DATE: JUL 24, 08       TIME: 15:51
 RRN: 820620002135 AUTH:002135
 AVS RESPONSE: 0

 BASE                        $0.10


 TIP          $_____


 TOTAL        $_____
 RBS LYNK TEST CARD

              THANK YOU

              CUSTOMER COPY
```