IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DREXLER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 06485 |
| | ) | Judge Shadur |
| v. | ) ) | |
| CLARKE'S RESTAURANT, INC., | ) ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

## NOTICE OF FILING

To:  Lance A. Raphael, Esq.         Paul F. Markoff, Esq.
     Allison A. Krumhorn, Esq.      Markoff Law Firm, LLC
     Stacy M. Bardo, Esq.           180 West Washington St., Suite 700
     The Consumer Advocacy Center, P.C.    Chicago, IL 60602
     180 West Washington St., Suite 700
     Chicago, IL 60602

PLEASE TAKE NOTICE THAT, on the 14th day of August 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, CLARKE'S RESPONSE TO DREXLER'S MOTION FOR SANCTIONS, a copy of which is attached hereto and herewith served upon you.

                                          Respectfully submitted,

                                          **CLARKE'S RESTAURANT, INC.,
                                          DEFENDANT**

                                          /s/ KENNETH A. HENRY, ESQ.
                                               Attorney for Defendant

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel:  312.857.0100/Fax:  312.857.1157
khenry@kahlaw.com

**CERTIFICATE OF SERVICE**

      KENNETH A. HENRY, an attorney, on oath states that, on August 14, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and CLARKE'S RESPONSE TO DREXLER'S MOTION FOR SANCTIONS, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

| | |
|---|---|
| Lance A. Raphael, Esq. | Paul F. Markoff, Esq. |
| Allison A. Krumhorn, Esq. | Markoff Law Firm, LLC |
| Stacy M. Bardo, Esq. | 180 West Washington St., Suite 700 |
| The Consumer Advocacy Center, P.C. | Chicago, IL 60602 |
| 180 West Washington St., Suite 700 | |
| Chicago, IL 60602 | |

                                                        /s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com