**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DREXLER, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6485 |
| v. | ) ) | Judge Shadur |
| CLARKE'S RESTAURANT, INC., | ) ) | Magistrate Keys |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

John Drexler ("Plaintiff"), by his attorneys, The Consumer Advocacy Center, P.C. and Markoff Law Firm, LLC, moves this Court to enforce a settlement agreement reached between the parties. In support of this motion, Plaintiff states as follows:

1.      Plaintiff sued Defendant Clarke's Restaurant, Inc. ("Defendant") for an alleged violation of the Fair and Accurate Credit Transactions Act on a class-wide basis.

2.      On September 3, 2008, at approximately 1:15 p.m., Defendant, through its counsel, Kenneth A. Henry ("Henry"), offered by telephone to the undersigned counsel to settle this matter on an individual basis for $7,500.00, payable in two (2) installments.

3.      On September 3, 2008, at approximately 3:00 p.m., Plaintiff, through his undersigned counsel, unequivocally accepted Defendant's offer by leaving a voicemail to that effect to Henry.

4.      Notwithstanding Plaintiff's acceptance of Defendant's offer, on September 3, 2008, at 7:43 p.m., Henry sent the undersigned counsel email advising, without elaboration, that "[a] problem has arisen."

5.      Prior to appearing before this Court on September 4, 2008, Henry advised the undersigned counsel that, notwithstanding Defendant's settlement offer and Plaintiff's acceptance, Defendant was then unsure it could pay on the settlement.

6.      The parties agreed to continue this matter to September 19, 2008 to give Henry a chance to meet with Defendant.

7.      Henry advised the undersigned counsel that he would meet with Defendant during the week of September 8, 2008.

8.      Henry apparently did not meet with Defendant during the week of September 8, 2008.

9.      On September 16, 2008, Henry advised Plaintiff's counsel that it is willing to pay $100 per week (presumably for 75 weeks), which was not a term of Defendant's offer or Plaintiff's acceptance.

10.     Defendant made an unequivocal offer of settlement to Plaintiff, and Plaintiff accepted it, and this Court should enforce the settlement agreement.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court enforce the settlement agreement between the parties and grant such other relief as this Court deems proper.

JOHN DREXLER, Plaintiff,


By:      s/ Paul F. Markoff
         Paul F. Markoff, One Of His Attorneys

Dated: September 16, 2008

2

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.782.5808


Paul F. Markoff
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162